UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

Multimedia Plus, Inc., et al.
                Plaintiff,

-against-

Playerlync LLC,
                Defendant.

1:14 cv 08216 (WHP)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __HECTOR J. RIBERA__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

PlayerLync LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

*/s/ Hector Ribera*

Applicant Signature

Applicant's Name: HECTOR J. RIBERA

Firm Name: FENWICK & WEST LLP

Address: 801 California Street

City / State / Zip: Mountain View, CA 94041

Telephone / Fax: 650-988-8500

E-Mail: hribera@fenwick.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Multimedia Plus, Inc., et al.
                Plaintiff,

-against-

PlayerLync LLC
                Defendant.

1:14cv 08216   (WHP)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of HECTOR J. RIBERA, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: HECTOR J. RIBERA

Firm Name: FENWICK & WEST LLP

Address: 801 California Street

City / State / Zip: Mountain View, CA 94041

Telephone / Fax: 650-988-8500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for PlayerLync LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                            United States District / Magistrate Judge



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *HECTOR JULIAN RIBERA*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that HECTOR JULIAN RIBERA, #221511, was on the 5th day of December, 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 3rd day of April, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*A. Allen, Senior Deputy Clerk*