**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Multimedia Plus, Inc. , et al.

Plaintiff,

-against-

PlayerLync LLC

Defendant.

1:14cv 08216___(WHP)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I  Kunyu Ching                                    , hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

PlayerLync LLC                          in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

California                          and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:  03/26/2015                                Respectfully Submitted,


Applicant Signature

Applicant's Name:  Kunyu Ching

Firm Name:  FENWICK & WEST LLP

Address:  801 California Street

City / State / Zip:  Mountain View, CA 94041

Telephone / Fax:  650-988-8500/650-938-5200

E-Mail:  kching@fenwick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Multimedia Plus, Inc., et al.

Plaintiff,

-against-

PlayerLync LLC

Defendant.

1:14cv 08216_____ (WHP)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of _Kunyu Ching_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_California_____; and that his/her contact information is as follows

(please print):

Applicant's Name: __Kunyu Ching_____

Firm Name: _FENWICK & WEST LLP___

Address: _801 California Street____

City / State / Zip: _Mountain View, CA 94041____

Telephone / Fax: _650-988-8500/650-938-5200____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____PlayerLync LLC_____ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: _____

_____

United States District / Magistrate Judge



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KUNYU L. CHING*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that KUNYU L. CHING, #292616, was on the 6th day of December, 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 3rd day of April, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*A. Allen, Senior Deputy Clerk*