**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Richard W. Trotter
Writer's Direct Dial: (212) 508-7542
E-mail: Trotter@thsh.com

April 24, 2015

**VIA ECF AND FIRST CLASS MAIL**

Hon. William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, room 1920
New York, NY 10007

Re: *Multimedia Plus, Inc. v. PlayerLync LLC*, 14-cv-8216 (WHP)

Dear Judge Pauley:

  We have recently been retained by the Defendant PlayerLync LLC ("PlayerLync") as local counsel in the above-referenced action. We write in accordance with Rules 1A and 1D of Your Honor's Individual Practices and the Order of November 4, 2014 to respectfully request that PlayerLync's lead counsel, Ryan Tyz of TyzLaw Litigation & Counseling, be permitted to attend the Initial Pretrial Conference scheduled for May 8, 2015 telephonically.

  Mr. Tyz is a member of the bar of the State of California and is based in San Francisco. We intend to submit a motion for his admission to appear Pro Hac Vice in advance of the scheduled conference, to the extent he receives a certificate of good standing from the California state bar, which he has already requested. Alternatively, to the extent he does not receive his certificate of good standing in advance of the conference, he plans to move for admission to appear Pro Hac Vice orally at the beginning of the scheduled conference and will submit his certificate of good standing as soon as he receives it.

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Hon. William H. Pauley III
April 24, 2015
Page 2

We thank the Court for its time and consideration of this matter.

Sincerely,

Richard W. Trotter

cc by email: Ryan Tyz, Esq. (ryan@tyzlaw.com); Barry Negrin (bnegrin@kanekessler.com)