UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MULTIMEDIA PLUS, INC. AND MULTIMEDIA
TECHNOLOGIES, LLC,

        Plaintiffs,

    - against -

PLAYERLYNC LLC,

        Defendant.

---------------------------------------------------------------x

Case No. 1:14-cv-08216-WHP

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I Ryan Tyz hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant PlayerLync LLC in the above-captioned action.

    I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 30, 2015

Respectfully submitted,

By: _____

Ryan Tyz
tyzlaw
28 2nd Street
Floor 3, #3119
San Francisco, CA  94105
(415) 513-0765
ryan@tyzlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MULTIMEDIA PLUS, INC. AND MULTIMEDIA
TECHNOLOGIES, LLC,

          Plaintiffs,

   - against -

PLAYERLYNC LLC,

          Defendant.

---------------------------------------------------------------x

Case No. 1:14-cv-08216-WHP

**ORDER FOR ADMISSION PRO HAC VICE**

     The Motion of Ryan Tyz, for admission to practice Pro Hac Vice in the above-captioned action is granted.

     Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Ryan Tyz |
| Firm Name: | tyzlaw |
| Address: | 28 2nd Street, Floor 3, #3119 |
| City/State/Zip: | San Francisco, CA 94105 |
| Telephone: | (415) 513-0765 |
| Email: | ryan@tyzlaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant PlayerLync LLC in the above-entitled action;

     **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:

United States District Judge



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *RYAN AFTEL TYZ*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that RYAN AFTEL TYZ, #234895, was on the 22nd day of December, 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of April, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk