**EXHIBIT A TO JOINT PRETRIAL CASE MANAGEMENT PLAN**

| Event | Parties' Proposal |
|---|---|
| The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) | May 22, 2015 |
| Plaintiffs serve patent infringement contentions pursuant to Local Patent Rule 6 | June 22, 2015 |
| Defendant serves patent invalidity contentions pursuant to Local Patent Rule 7 | July 22, 2015 |
| The parties shall exchange proposed claim terms for construction | August 31, 2015 |
| The parties shall exchange preliminary claim constructions with citation to supporting evidence | September 18, 2015 |
| Deadline to amend pleadings | September 30, 2015 |
| The parties shall file a Joint Disputed Claim Terms Chart pursuant to Local Patent Rule 11 | September 30, 2015 |
| Claim construction discovery cut-off | October 2, 2015 |
| Plaintiffs shall file and serve its opening claim construction brief | October 13, 2015 |
| The parties shall file and serve any early summary judgment motion regarding claim construction issues | October 13, 2015 |
| Defendant shall file and serve its responsive claim construction brief | November 13, 2015 |
| The parties shall file and serve an opposition to any summary judgment motion regarding claim construction issues | November 13, 2015 |
| Plaintiffs shall serve and file a reply claim construction brief | November 20, 2015 |
| The parties shall file and serve a reply in support of any summary judgment motion regarding claim construction issues | November 20, 2015 |
| Claim construction and Summary judgment hearing | *[TBD – Court to Schedule]* |
| The parties shall file a further Pretrial Case Management plan | Fourteen (14) days after claim construction order and order on summary judgment |
| The parties will use best efforts to | Sixty (60) days after claim |

| schedule non-binding mediation | construction order and order on summary judgment |