UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/15

----------------------------------------------------------x

MULTIMEDIA PLUS, INC. AND MULTIMEDIA
TECHNOLOGIES, LLC,

        Plaintiffs,

    - against -

PLAYERLYNC LLC,

        Defendant.

----------------------------------------------------------x

Case No. 1:14-cv-08216-WHP

**ORDER FOR ADMISSION
PRO HAC VICE**

    The Motion of Ryan Tyz, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Ryan Tyz |
| Firm Name: | tyzlaw |
| Address: | 28 2nd Street, Floor 3, #3119 |
| City/State/Zip: | San Francisco, CA 94105 |
| Telephone: | (415) 513-0765 |
| Email: | ryan@tyzlaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant PlayerLync LLC in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/7/15

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.