```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Multimedia Plus, Inc., et al.
          Plaintiff,

-against-

PlayerLync LLC
          Defendant.

1:14cv 08216 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of HECTOR J. RIBERA, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: HECTOR J. RIBERA

Firm Name: FENWICK & WEST LLP

Address: 801 California Street

City / State / Zip: Mountain View, CA 94041

Telephone / Fax: 650-988-8500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for PlayerLync LLC in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: 5/7/15

WILLIAM H. PAULEY III
U.S.D.J.