**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

May 8, 2015

KUNYU CHING

EMAIL KCHING@FENWICK.COM
Direct Dial (650) 335-7169

**VIA ECF**

Hon. William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

RE: *Multimedia Plus, Inc. v. PlayerLync LLC*, 14-cv-9216 (WHP)

Dear Judge Pauley:

    I have entered an appearance in the above-referenced case on behalf of Defendant PlayerLync, LLC ("PlayerLync"). I respectfully submit this letter seeking the Court's permission to withdraw as counsel. PlayerLync has retained new counsel, Ryan Tyz of Tyz Law, to replace counsel from Fenwick & West LLP in this litigation.

    This case is currently at an early stage, and the initial pretrial conference was held today. I am not asserting a retaining or charging lien. PlayerLync will continue to be represented by Mr. Tyz and Richard Trotter of Tannenbaum Helpern Syracuse & Hirschtritt LLP. PlayerLync will not be prejudiced by my withdrawal.

                        Respectfully submitted,

                         FENWICK & WEST LLP

                         */s/ Kunyu Ching*

                         Kunyu Ching

cc: PlayerLync, LLC; Counsel of Record (via ECF)