```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MULTIMEDIA PLUS, INC., *et al.*,　　　　　　:

　　　　　　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　14cv8216
　　　　　　　　　　　　　　　　　　　　　:
　　　　-against-　　　　　　　　　　　　　　SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　　　:
PLAYERLYNC, LLC,
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

　　　　The parties having appeared for a conference on May 8, 2015, the following schedule is entered on consent:

1. The parties shall exchange initial disclosures by May 22, 2015;

2. Defendant shall serve its patent invalidity/unenforceability contentions by July 22, 2015; and

3. The parties shall appear for a conference on July 31, 2015 at 10:00 a.m.

Dated:　May 11, 2015
　　　　New York, New York

　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

*All Counsel of Record.*