AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Multimedia Plus, Inc. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-cv-08216 |
| Playerlync LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Multimedia Plus, Inc. and Multimedia Technologies, LLC

Date:  05/18/2015

*/s/ J. Sabin*
*Attorney's signature*

Jonathan M. Sabin; JS1977
*Printed name and bar number*

Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

*Address*

jsabin@kanekessler.com
*E-mail address*

(212) 519-5113
*Telephone number*

(212) 245-3009
*FAX number*