UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MULTIMEDIA PLUS, INC., *et al.*,

    Plaintiffs,

    - against -

PLAYERLYNC LLC,

    Defendant.

------------------------------------X

14cv8216

AMENDED SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/15

WILLIAM H. PAULEY III, District Judge:

  The parties having appeared for a conference on May 8, 2015, the following schedule is entered on consent:

1. The parties shall exchange initial disclosures by May 22, 2015;

2. Plaintiffs shall serve their patent infringement contentions by June 22, 2015;

3. Defendant shall serve its patent invalidity/unenforceability contentions by July 22, 2015; and

4. The parties shall appear for a conference on July 31, 2015 at 10:00 a.m.

Dated: May 20, 2015
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.