THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1936-1986)
JOSEPH NURNBERG (1978-2003)

DARREN S. BERGER*†
PETER CAMPITIELLO
ADAM M. COHEN
STEVEN E. COHEN
GARY E. CONSTABLE†
JEFFREY H. DAICHMAN
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG
GARY E. OSTROFF
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

WRITER'S DIRECT NUMBER

(212) 519-5166
bnegrin@kanekessler.com

PETER R. HERMAN
ROBERT KOLODNEY
BARRY E. NEGRIN†
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO
LOIS M. TRAUB
   COUNSEL

MICHAEL A. ZIMMERMAN
   OF COUNSEL

MATTHEW C. CARROLL†
LINDA M. DOUGHERTY†
NIKI J. FRANZITTA
ARI M. GAMSS
MICHAEL C. LYDAKIS
BRENDAN P. McFEELY
MITUL D. PATEL
JONATHAN M. SABIN
GERARD SCHIANO-STRAIN
MARC S. SILVERSTEIN
ALEXANDER SORIC
JOSEPH J. VENTIMIGLIA
JONATHAN A. ZALKIN

July 2, 2015

**VIA ECF**
Hon. William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Multimedia Plus, Inc. and Multimedia Technologies, LLC v. PlayerLync LLC*, 14-cv-8216 (WHP)

Dear Judge Pauley:

We represent the Plaintiffs in the above-referenced action. We write in accordance with Rules 1A and 1D of Your Honor's Individual Rules and the Order of May 20, 2015 to request respectfully that the status conference scheduled for July 31, 2015 be adjourned to August 7, 2015, or to a later date at the Court's convenience. Plaintiffs are requesting the adjournment because counsel has a five-day trial set to commence on July 27, 2015. Counsel for Defendant consents to the adjournment. There has been no previous request for an adjournment of this status conference. No other dates would be affected by this adjournment. We thank the Court for its time and consideration of this matter.

Respectfully yours,

/s/ *Barry E. Negrin*

Barry E. Negrin

cc: Ryan Tyz (*via e-mail: ryan@tyzlaw.com*)
Richard W. Trotter (*via email: trotter@thsh.com*)