**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Richard W. Trotter
Writer's Direct Dial: (212) 508-7542
E-mail: Trotter@thsh.com

August 19, 2015

**VIA ECF AND FIRST CLASS MAIL**

Hon. William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, room 1920
New York, NY 10007

Re: *Multimedia Plus, Inc. v. PlayerLync LLC,* **14-cv-8216 (WHP)**

Dear Judge Pauley:

  We are local counsel the PlayerLync LLC ("PlayerLync"), the Defendant in the above-referenced action. We write in accordance with Rules 1A and 1D of Your Honor's Individual Practices and the Order of July 6, 2015 to confirm that PlayerLync's lead counsel, Ryan Tyz of TyzLaw Litigation & Counseling, will be permitted to attend the Status Conference scheduled for August 21, 2015 telephonically. If so, the Court can use the dial-in number and conference code below.

**Dial In Number: 1-302-202-1108**
**Conference Code: 617352**

  We thank the Court for its time and consideration of this matter.

Sincerely,

*/s/ Richard W. Trotter*

Richard W. Trotter

cc by email: Ryan Tyz, Esq. (ryan@tyzlaw.com); Barry Negrin (bnegrin@kanekessler.com)