UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTIMEDIA PLUS, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PLAYERLYNC, LLC,<br><br>　　　　　Defendant. | Case No.: 14-8216 (WHP)<br><br>**DEFENDANT PLAYERLYNC LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　　　November 6, 2015<br>Time:　　　　11:00 a.m.<br>Courtroom:　20B<br>Judge:　　　Hon. William H. Pauley III |

DEFENDANT'S MOTION FOR JUDGMENT
ON THE PLEADINGS

Case No.: 14-8216

# NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 6, 2015, at 11:00 a.m., or as soon thereafter as this matter may be hard, in the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, in the courtroom of the Honorable William H. Pauley III, Defendant PlayerLync LLC will and hereby does move the Court for an order granting judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) that all of the asserted claims of the patent asserted by plaintiffs in this case, U.S. Patent No. 7,293,025, are invalid as a matter of law under 35 U.S.C. § 101.

All of the asserted claims of asserted patent are directed to the abstract idea of administering a test, and none of the asserted claims contain any inventive concept.  This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law in Support, U.S. Patent No. 7,293,025, the file history of U.S. Patent No. 7,293,025, the pleadings and papers on file in this action, any other matters upon which the Court may take judicial notice, the arguments of counsel, and any other matter that the Court may properly consider.

Dated:  August 25, 2015           /s/ *Ryan Tyz*
                                                Ryan Tyz, CSB 234895
                                                TYZ LAW
                                                28 2nd Street, Floor 3, #3119
                                                San Francisco, CA 94105
                                                Telephone:  (415) 513-0765
                                                Email:  ryan@tyzlaw.com

                                                Attorney for Defendant, PlayerLync LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 26, 2015.

*/s/ Ryan Tyz*
Ryan Tyz