**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MULTIMEDIA PLUS, INC., et al., | Case No.: 14-8216 (WHP) |
| Plaintiffs, | |
| v. | **DEFENDANT PLAYERLYNC LLC'S EXHIBITS IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| PLAYERLYNC, LLC, | |
| Defendant. | Date:       November 6, 2015<br>Time:       11:00 a.m.<br>Courtroom: 20B<br>Judge:      Hon. William H. Pauley III |

Exhibits 1 through 6, inclusive, filed separately as attachments to this Exhibit Cover Sheet.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 26, 2015.

*/s/ Ryan Tyz*
Ryan Tyz

DEFENDANT'S MOTION FOR JUDGMENT
ON THE PLEADINGS

Case No.: 14-8216

1