USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MULTIMEDIA PLUS, INC., *et al.*,       :

            Plaintiffs,           :      14cv8216

                            :

        -against-             :      <u>SCHEDULING ORDER</u>

                            :

PLAYERLYNC, LLC,                       :

            Defendant.            :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

      The parties having appeared for a conference on August 21, 2015, the following schedule is entered on consent:

1. Defendant shall file its motion by August 25, 2015;

2. Plaintiffs shall file their opposition by October 6, 2015;

3. Defendant shall file its reply by October 15, 2015; and

4. The parties shall appear for oral argument on November 6, 2015 at 11:00 a.m.

Dated: August 28, 2015
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*All Counsel of Record.*