Tyz | Marton | Schumann

**Ryan Tyz** | Attorney
28 2nd Street, Floor 3
San Francisco, CA 94105
(415) 513-0765
rtyz@tyzlaw.com

October 15, 2015

**VIA ECF AND U.S. MAIL**

Hon. William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

    Re:  *Multimedia Plus Inc. v. PlayerLync LLC, 14-cv-8216 (WHP)*

Dear Judge Pauley:

    In compliance with Section III.F of your Honor's standing order as amended November 7, 2014, movant PlayerLync submits the following list of each motion paper and memorandum filed in relattion to PlayerLync's Motion for Judgment on the Pleadings:

- Notice of Motion for Judgment on the Pleadings (Docket No. 45)
- Memorandum of Law in Support of Motion for Judgment on the Pleadings with Exhibits (Docket No. 48)
- Memorandum of Law in Opposition to Motion for Judgment on the Pleadings (Docket No. 50)
- Declaration of Barry E Negrin in Opposition to Motion for Judgment on the Pleadings with Exhibits (Docket No. 51)
- Declaration of David Harouche in Opposition to Motion for Judgment on the Pleadings with Exhibits (Docket No. 52)
- Reply Memorandum of Law in Support of Motion for Judgment on the Pleadings (Docket No. 53)

    Sincerely,

    Ryan Tyz